

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00142-CV

———————————————

S.V., Appellant

V.

A.P., Appellee

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-694433-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant S.V. attempted to file a brief in May 2021, but her brief did not comply with the Texas Rules of Appellate Procedure or our Local Rules. On August 10, 2021, we notified Appellant of the deficiencies in her brief, listed the relevant rules, and directed her to file an amended, compliant brief by September 9, 2021. *See* Tex. R. App. P. 9.5(d), 9.8, 9.9, 38.1(a–i), (k); 2d Tex. App. (Fort Worth) Loc. R. 7.

When Appellant had not filed an amended brief by September 30, we notified her again. We warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant or any party desiring to continue the appeal filed an amended brief and an accompanying motion reasonably explaining the brief's untimely filing. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than twenty days have since passed, and we have not received a response.

Because Appellant failed to file a brief after being afforded an opportunity to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: November 4, 2021